Page 1 of 3

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**DRAJAN NICKOLAS POLITE,**

**Plaintiff,**

**v.** **Case No. 3:26cv4876-MCR-HTC**

**CENTURION OF FLORIDA, LLC,**
**et al.,**

**Defendants.**
_________________________________/

# ORDER

The Magistrate Judge issued a Report and Recommendation on August 19, 2026 (ECF No. 7). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this Order.

2. Polite's complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for Polite's failure to truthfully disclose his litigation history.

3. All pending motions are denied as moot.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 4th day of November 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**